ACCEPTED
15-24-00111-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 3:38 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00111-CV

# In the Court of Appeals
# For the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 3:38:58 PM
CHRISTOPHER A. PRINE
Clerk

KELLY HANCOCK, ACTING COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS AND KEN PAXTON, ATTORNEY GENERAL
OF THE STATE OF TEXAS,

*Appellants*,

*v.*

CHAMPIONX, LLC,

*Appellee.*

On Appeal from the 419th District Court, Travis County, Texas
Cause No. D-1-GN-20-000139

## APPELLANTS' NOTICE OF CHANGE OF LEAD APPELLATE COUNSEL

Appellants Kelly Hancock, Acting Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas, designate Eduardo Montemayor whose signature and bar number appear below as lead counsel. Eduardo Montemayor replaces Kyle Pierce Counce, who also appears below in compliance with Texas Rule of Appellate Procedure 6.1(c).

1

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

/s/ Eduardo Montemayor

BRENT WEBSTER
First Assistant Attorney General

EDUARDO MONTEMAYOR
Assistant Attorney General
State Bar No. 24098128

RALPH MOLINA
Deputy First Assistant Attorney
General

eduardo.montemayor@oag.texas.gov
Tax Litigation Division MC 029
P.O. Box 12548
Austin, Texas 78711-2548

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

Telephone: (512) 463-1989
Facsimile: (512) 478-4013

**Counsel for Appellants**

STEVEN ROBINSON
Division Chief, Tax Litigation

## TEXAS RULE OF APPELLATE PROCEDURE 6.1 COMPLIANCE

Former lead counsel for Appellants, Kyle Pierce Counce, signs in compliance with Texas Rule of Appellate Procedure 6.1.

/s/ Kyle Pierce Counce
KYLE PIERCE COUNCE

2

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on all counsel of record by e-mail and/or e-service on October 7, 2025.

Deborah Sloan
dsloan@jonesday.com
JONES DAY
2727 N. Harwood Street
Suite 500
Dallas, Texas 75201-1515
*Counsel for Appellee*

John M. Allan (*pro hac vice*)
jmallan@jonesday.com
Antoinette L. Ellison (*pro hace vice*)
aellison@jonesday.com
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, Georgia 30361
*Counsel for Appellee*

  /s/ Eduardo Montemayor
EDUARDO MONTEMAYOR

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Lou Swanson on behalf of Eduardo Montemayor
Bar No. 24098128
marylou.swanson@oag.texas.gov
Envelope ID: 106559374
Filing Code Description: Other Document
Filing Description: 20251007 Notice of Change of Counsel EM
Status as of 10/7/2025 3:42 PM CST

Associated Case Party: ChampionX, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deborah Sloan | 786230 | dsloan@jonesday.com | 10/7/2025 3:38:58 PM | SENT |
| Carla Dennis | | cydennis@jonesday.com | 10/7/2025 3:38:58 PM | SENT |
| John MAllan | | jmallan@jonesday.com | 10/7/2025 3:38:58 PM | SENT |
| Antoinette L.Ellison | | aellison@jonesday.com | 10/7/2025 3:38:58 PM | SENT |

Associated Case Party: Ken Paxton, Attorney General of the State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 10/7/2025 3:38:58 PM | SENT |
| Eduardo Montemayor | | Eduardo.Montemayor@oag.texas.gov | 10/7/2025 3:38:58 PM | SENT |